HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar #294338
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
MICHAEL ANTHONY ROBLES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL ANTHONY ROBLES,<br><br>Defendant | No.  CR. 2:12-cr-00424 TLN<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge:  Honorable TROY L. NUNLEY |

Defendant, MICHAEL ANTHONY ROBLES, by and through his attorney, Hannah R. Labaree, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. On August 8, 2013, this Court sentenced Mr. Robles to a term of 121 months imprisonment;

3. His total offense level was 31, his criminal history category was III, and the resulting guideline range was 135 to 168 months.  He received a sentence below the applicable range pursuant to a downward departure under U.S.S.G. § 4A1.3;

4. The sentencing range applicable to Mr. Robles was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Robles' total offense level has been reduced from 31 to 29, and his amended guideline range is 108 to 135 months. He is subject to the statutory mandatory minimum of 120 months;

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Robles' term of imprisonment to a term of 120 months.

Respectfully submitted,

Dated:  November 13, 2015                         Dated:   November 13, 2015

BENJAMIN B. WAGNER                                HEATHER E. WILLIAMS
United States Attorney                                    Federal Defender


 /s/  Jason Hitt_____                   /s/ *Hannah R. Labaree*__
JASON HITT                                        HANNAH R. LABAREE
Assistant U.S. Attorney                           Assistant Federal Defender

Attorney for Plaintiff                            Attorney for Defendant
UNITED STATES OF AMERICA                          MICHAEL ANTHONY ROBLES

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Robles is entitled to the benefit Amendment 782, which reduces the total offense level from 31 to 29, resulting in an amended guideline range of 108 to 135 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in August 2013 is reduced to a term of 120 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Robles shall report to the United States Probation Office within seventy-two hours after his release.

Dated:  November 17, 2015

_____
Troy L. Nunley
United States District Judge